UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22378-CIV-SEITZ/SIMONTON

NOEL SARAVIA,

    Plaintiff,

v.

T.K. INVESTMENTS &
MANAGEMENT, INC., et al.

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement, and for Dismissal with Prejudice (DE # 52). The Honorable Patricia A. Seitz referred this matter to the undersigned Magistrate Judge for a fairness hearing regarding the parties' settlement (DE # 50). The undersigned Magistrate Judge held the fairness hearing on Friday, April 22, 2011. The Court has heard from counsel and considered the terms of the Settlement Agreement and General Releases, the pertinent portions of the record, and is otherwise full advised in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 to 219 ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint.  The Court finds that the compromise reached by the parties under the Settlement Agreement and General Releases is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Joint Motion for Approval of Settlement Agreement (DE # 52) is hereby **GRANTED** and the Settlement Agreement and General Releases is **APPROVED**.  It is further

**RECOMMENDED** that this case be **DISMISSED WITH PREJUDICE** and that the Court retain jurisdiction to enforce the terms of the settlement until after the final installment payment is received.

**DONE AND ORDERED** in Miami, Florida, on April 22, 2011.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished via CM/ECF to:**
   The Honorable Patricia A. Seitz,
      U.S. District Judge
   Counsel of Record